Sophie Nowicki, Also Known as Zofia Nowicki, and Anna Zbylut, Appellees, v. Metropolitan State Bank and Sophie Kuczek Nowicki, Defendants. Sophie Kuczek Nowicki, Appellant.

Gen. No. 41,305.

opinion filed March 11, 1941; rehearing denied March 27, 1941. Wachowski & Wachowski, for appellant; Casimir R. Wachowski, of counsel; Johnson, Pense & White, for appellees; Howard T. White, of counsel. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''